UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| DOUGLAS H. RANK, M.D., | : | CASE NO. 2:08-cv-00188-WOB |
| Plaintiff, | : | |
| v. | : | |
| CITICASTERS CO., | : | <u>CORPORATE DISCLOSURE</u> |
| (substituted as party-defendant for | : | <u>STATEMENT OF DEFENDANT</u> |
| NEWPORT TELEVISION, LLC) | : | <u>CITICASTERS CO.</u> |
| and | : | |
| RICH JAFFE, | : | |
| Defendants. | : | |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Citicasters Co. discloses the following:

1.  The parent corporations of Citicasters Co. are Jacor Communications Company; Clear Channel Communications, Inc.; Clear Channel Capital I, LLC; Clear Channel Capital II, LLC; CC Media Holdings, Inc.; Clear Channel Capital IV, LLC; Bain Capital (CC) IX, L.P.; and Thomas H. Lee Equity Fund VI, L.P.

**2.**  There is no publicly held company that owns 10% or more of the stock of Citcasters Co.

Respectfully submitted,

*/s/ John R. Potter*
John R. Potter (Ky. Bar No. 90690)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Phone: (513) 381-2838
Fax:    (513) 381-0205
potter@taftlaw.com
Attorney for Defendants Citicasters Co. and Rich Jaffe

{W1388337.1}

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a copy of the foregoing was filed on this 7th day of October, 2008, using the Court's CM/ECF system, which will send notice of the filing to the following:

Robert N. Trainor
618 Washington Street
Covington, KY 41011-2314
rtrainor@fuse.net

Attorney for Plaintiff Douglas H. Rank, M.D.


                                      */s/ John. R. Potter*
                                      John R. Potter